**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LOUISE REY,

                Plaintiff,                20 **CIVIL** 5683 (NSR) (JCM)

      -v-                                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 10, 2021, that that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          September 13, 2021

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                       **Clerk of Court**
                              **BY:**
                                                        **Deputy Clerk**